# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0650
LT Case No. 2025-CC-000884

_____

SARAH ALBRIGHT,

    Appellant,

    v.

GULF COAST HOTEL
MANAGEMENT, INC., and ADAM
ALO,

    Appellee.

_____


On appeal from the County Court for Seminole County.
Sylvia Anne Grunor, Judge.

Shannon Smythe, of Seminole County Bar Association Legal Aid Society, Inc., Longwood, for Appellant.

Elizabeth E. Shuman and Kristina L. Marsh, of Gordon Rees Scully Mansukhani, Tampa, for Appellee, Gulf Coast Hotel Management, Inc.

No Appearance for Appellee, Adam Alo.


April 2, 2026


PER CURIAM.

AFFIRMED.

EDWARDS, EISNAUGLE, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____